**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**THOMAS WHITE** **PETITIONER**

**v.** **No. 1:26-cv-00178-SA-RP**

**MISSISSIPPI DEPARTMENT OF CORRECTIONS** **RESPONDENT**

**ORDER DIRECTING STATE TO RESPOND**

Thomas White has filed a petition for a writ of *habeas corpus* under 28 U.S.C. §2254 and has paid his filing fee. It is **ORDERED:**

1. No later than January 15, 2027, the respondent, through Lynn Fitch, the Attorney General of the State of Mississippi, must file an answer to this petition, along with full transcripts of all proceedings in the state courts of Mississippi arising from the charges of fondling against the petitioner in the Circuit Court of Lowndes County, Mississippi (to the extent such transcripts are relevant to the State's response). If a response to any future motions is required, the Court will request one be filed.

2. Within 14 days of service upon him of a copy of respondent's answer, petitioner may file his traverse or reply to the allegations contained in such answer.

3. The clerk of this court will serve by email (Return Receipt, High Importance) a copy of the petition, this order, acknowledgment of service of process form, and any other initial filings, upon Lynn Fitch, Attorney General of the State of Mississippi, or her lawful successor, to Assistant Attorneys General Erin Rutherford and Bridgette Grant. The respondent must electronically file the

completed acknowledgment of service of process form upon receipt.

Petitioner is warned that failure to keep this court informed of his current address could also lead to dismissal of his lawsuit.

**SO ORDERED**, this, the 28th day of October, 2026.

**/s/ Roy Percy**
**UNITED STATES MAGISTRATE JUDGE**